UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR11-5566BHS |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| DENNIS PERKINS, | ) | |
| Defendant. | ) | |

After consideration of the United States' unopposed motion to unseal the defendant's change-of-plea hearing on April 27, 2012, as well as the plea agreement filed at that hearing (Dkt. 72),

IT IS HEREBY ORDERED that the United States' motion is GRANTED.

DATED this 20th day of September, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

 s/*Jesse Williams*
JESSE WILLIAMS
Special Assistant United States Attorney

Government's Motion to Unseal
U.S. v. Perkins, CR11-5566BHS        -  1